**Exhibit 2**

📞 1-818-570-1132      ✉ store@buddhablessu.com



🏠 SHOPPING CART $0.00

# BUDDHA *Bless U*

📝 My Account    💜 Wishlist    🗒 Checkout    👤 Sign in

Enter Keywords Here...

ORNAMENTS      GIFT SETS      APPAREL      HATS      BAGS

GLOVES      HOME      OFFICE      DECALS      WHOLESALE



## CUGLOG BEANIES HYBRICAP 2 VISOR JEEP SKULL KNIT SKI WINTER CAPS NEON

SKU: C02

IN STOCK

### $15.99

🚚 **Free Shipping In USA!**

✈ **We Ship Worldwide**

**Most orders ship within 24 hours!**

## MORE VIEWS



Color *
-- Please Select --

* Required Fields

Qty: 1    **ADD TO CART**   ❤

Description         Item Specifics

Cuglog Beanies Hybricap 2 Visor Jeep Skull Knit Ski Winter Caps Neon

The Hybricap2 By Cuglog, features a rib knitted design for a better fitting and is made from 100% Acrylic material with a pre-curved baseball cap visor, This stylish beanie will keep you warm and comfortable no matter where you go.

- Patent Pending
- Beanie:100% Acrylic
- Visor 100% Cotton
- Rib Knitted
- Cuglog Woven Label
- Imported

Colors

- Black/Grey
- Heather Grey/Black

Related Products

# JOIN OUR MAILING LIST

Search By **Brands**    Worldwide **Shipping**    Great Prices **and Value** 

**Personal**
**Customer Service**    Hassle Free **Returns Policy**    Secure online **Shopping** 

       

## CATEGORIES

| | |
|---|---|
| Ornaments | Gift Sets |
| Apparel | Hats |
| Bags | Gloves |
| Home | Office |
| Decals | Wholesale |

## INFORMATION

About Us

Shipping Information

Return Policy

Privacy Policy

Wholesale

Contact Us

Blog

Furry Happiness

## ACCOUNT

Wishlist

Your Account

Order Status

Checkout

Log in

## CONTACT US

📍 BUDDHA BLESS U ART

8335 Winnetka Avenue, Box 205

Winnetka, CA 91306 USA

📞 1-818-570-1132

✉ store@buddhablessu.com

(c) 2015-2016 BUDDHA BLESS U ART. All rights reserved