**SEIP** Southeast IP Group, LLC
INTELLECTUAL PROPERTY LAW

Thomas Moses
Registered Patent Attorney
tmoses@seiplaw.com

January 31, 2017

**Exhibit 3**

Attn: Patent Counsel
Decky Apparel Group
2121 S. Wilmington Ave
Compton, CA 90020
U.S.A

Re:   U.S. Patent No. D675,403

Dear Sir or Madame:

This firm represents Mr. John McGoogan with respect to intellectual property matters. Mr. McGoogan is the inventor and owner of U.S. Patent No. D675,403, and we are attaching a copy of the patent for your reference.

It has come to our attention that you are selling a hat that bears a striking resemblance to the hat shown in our client's U.S. patent. Your product is being marketed under the name CCUGLOG BEANIES HYBRICAP 2 VISOR JEEP SKULL KNIT SKI WINTER CAPS at the following website, and a copy of that advertisement is provided herewith, for your reference:

https://www.buddhablessu.com/cuglog-beanies-hybricap-2-visor-jeep-skull-knit-ski-winter-caps-neon.html

It appears that the sale of this product constitutes an infringement of our client's patent rights. Our client would be willing to discuss the possibility of entering into a license agreement with your company, if you wish to continue selling the infringing hats.

If you are interested in discussing the terms of a patent license, please contact me at the telephone number provided below. Otherwise, we must demand that your company cease and desist from manufacturing or selling any hats that fall

www.seiplaw.com

P.O. Box 14156, Greenville, SC 29610 | p: 864.509.1905

within the scope of our client's patent, and further, that you provide an accounting of all such hats sold by your company, to date.

We look forward to your prompt response. It is our hope that we can come to a mutually agreeable resolution to this matter, rather than having to resort to expensive and time-consuming litigation. If we have received no response from you within the next ten (10) days, then our client will be forced to explore all available legal remedies to protect his valuable intellectual property.

Sincerely,

Tom Moses
Southeast IP Group, LLC

cc:          Mr. John McGoogan
Enclosures:  U.S. Patent No. D675,403
             Printed copy of Advertisement from www.buddhablessu.com

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee: $3.35

Extra Services & Fees (check box, add fee as appropriate)
- ☑ Return Receipt (hardcopy) $ 2.75
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage: $.70

Total Postage and Fees: $6.80

Sent To: Decky Apparel Group
Street and Apt. No., or PO Box No.: 2121 S. Wilmington Ave.
City, State, ZIP+4: Compton, GA 90020

Postmark: JAN 31 ... GREENVILLE SC 29610

7016 0910 0000 7841 9269

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

MCG-005

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Attn: Patent Counsel*
*Decky Apparel Group*
*2121 S. Wilmington Ave.*
*Compton, CA 90020*

9590 9402 1818 6074 6189 63

2. Article Number (Transfer from service label)
7016 0910 0000 7841 9269

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt