**John McGoogan**

| | |
|---|---|
| From: | Buddha Bless U Art <store@buddhablessu.com> |
| Sent: | Tuesday, February 14, 2017 3:45 PM |
| To: | John McGoogan |
| Subject: | Buddha Bless U Art: New Order # 100000244 |





Exhibit 4

## THANK YOU FOR YOUR ORDER FROM BUDDHA BLESS U ART.

Once your package ships we will send an email with a link to track your order.
Your order summary is below. Thank you again for your business.

**Order Questions?**

**Call Us:** 818-570-1132
**Email:** store@buddhablessu.com

### Your order #100000244

Placed on February 10, 2017 10:32:00 AM PST

Additional Info

| ITEMS IN YOUR ORDER | QTY | PRICE |
|---|---|---|
| CUGLOG BEANIES HYBRICAP 2 VISOR JEEP SKULL KNIT SKI WINTER CAPS NEON<br>SKU: C02-BLKGRY<br>*Color*<br>   BLACK/GREY | 1 | $15.99 |
| CUGLOG BEANIES HYBRICAP 2 VISOR JEEP SKULL KNIT SKI WINTER CAPS NEON<br>SKU: C02-HGYBLK<br>*Color*<br>   HEATHER GREY/BLACK | 1 | $15.99 |
| Subtotal | | $31.98 |

1

|  |  |
|---|---|
| Shipping & Handling | $0.00 |
| Grand Total | $31.98 |

BILL TO:
John McGoogan
998 Stovall Blvd., NE
998 Stovall Blvd., NE
Atlanta, Georgia, 30319
United States
T: 404-372-0771

SHIP TO:
John McGoogan
998 Stovall Blvd., NE
998 Stovall Blvd., NE
Atlanta, Georgia, 30319
United States
T: 404-372-0771

SHIPPING METHOD:
Free Shipping in USA

PAYMENT METHOD:
Debit or Credit Card
Credit Card Type
   American Express
Credit Card Number
   xxxx-3003

Thank you, Buddha Bless U Art!